**Order entered March 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01328-CV

## IN THE INTEREST OF J.S., JR. & S.S., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-13-00877-W**

## ORDER

Before the Court is the State's first motion to extend time to file brief. The State requests an extension until March 9, 2019, which is a Saturday. The State's motion is **GRANTED**; however, its brief shall be filed by Friday, March 8, 2019. Because this is an accelerated parental rights termination case and must be handled expeditiously, further extensions for time to file the State's brief will be strongly disfavored.

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE